JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5495RBL |
| Plaintiff, | ) | |
| vs. | ) | AMENDED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| JULIO C. ORELLANA, | ) | |
| Defendant. | ) | |

Based on the unopposed motion of the defendant to continue the trial date, and the reasons set forth in the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE                      1
*United States v. Julio C. Orellana*, CR05-5495RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from November 28, 2005 to FEBRUARY 21, 2006, at 9:00 am.  The resulting period of delay from November 28, 2005, to FEBRUARY 21, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions shall be due on January 3, 2006.  (Remain as previously set)

Pre-trial conference shall be on February 15 2006, at 9:00 am.

IT IS SO ORDERED this 10th  day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE                 2
*United States v. Julio C. Orellana*, CR05-5495RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710